UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| COREY ROSETTE, SR. | DOCKET NO. 6:22-CV-05719 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| SOCIAL SECURITY ADMINISTRATION, ET AL | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record and, for the reasons stated in the REPORT AND RECOMMENDATION [Doc. 7] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record,

IT IS ORDERED that the instant civil rights COMPLAINT [Doc. 4] be DISMISSED WITH PREJUDICE.

THUS, DONE AND SIGNED in chambers on this 3rd day of January, 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE